IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **KELLY E. McREE,** ) | |
| **JOSHUA C. BELCHER, and** ) | |
| **JOSHUA MILLS,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:07-CV-78 |
| ) | Jordan/Guyton |
| **JOHN M. WILLIAMS, Individually** ) | |
| **And as an Officer of the Knoxville,** ) | |
| **Tennessee Police Department;** ) | |
| **BRAD BORUFF, Individually** ) | |
| **And as an Officer of the Knoxville,** ) | |
| **Tennessee Police Department;** ) | |
| **CITY OF KNOXVILLE, a political** ) | |
| **Subdivision of the State of Tennessee;** ) | |
| **DANNY WARD; and EDDIE and** ) | |
| **AUDREY MEYERS,** ) | |
| **MEYERS PROPERTIES, L.P., d/b/a** ) | |
| **CROSSING PLACE APARTMENTS,** ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Come now Plaintiffs, Kelly E. McRee, Joshua C. Belcher and Joshua Mills, and Defendants, Danny Ward and Eddie and Audrey Meyers, Meyers Properties, LP, d/b/a Crossing Place Apartments, by and through counsel, pursuant to E.D. TN. LR 12.1(a) and hereby stipulate that Defendants shall have until April 3, 2007 in which to respond to Plaintiff's Complaint.

Respectfully submitted this 14th day of March, 2007.

APPROVED FOR ENTRY:


 /s/ Billy J. Stokes
Billy J. Stokes, Esq., BRP #006839
**Stokes & Rutherford**
920 Volunteer Landing Lane
Suite 100
Knoxville, TN  37915

*Attorneys for Plaintiffs*


 /s/ Michael J. King
Michael J. King, BPR #015523
**Woolf, McClane, Bright, Allen & Carpenter, PLLC**
Post Office Box 900
Knoxville, Tennessee  37901-0900
(865) 215-1000

*Attorney for Defendants Danny Ward and
Eddie and Audrey Meyers, Meyers Properties, LP, d/b/a
Crossing Place Apartments*